ALEXANDER G. CALFO, No. 152891
  *ACalfo@kslaw.com*
PETER A. STROTZ, No. 129904
  *PStrotz@kslaw.com*
RYAN S. LEE, No. 316829
  *RLee@kslaw.com*
**KING & SPALDING LLP**
633 West 5th Street, Suite 1700
Los Angeles, California 90071
+1 213 443 4355
+1 213 443 4310 (fax)

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. CAVALE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY; VISALIA FORD, INC., et al.,<br><br>　　　　Defendants. | Case No.: 1:18-at-00356<br><br>**DEMAND FOR JURY TRIAL**<br>**[CIV. L.R. 201, F.R.C.P. 38]**<br><br>Sup. Ct. Action Filed:<br>Fresno County Superior Court<br>No. 18CECG01344 |

Pursuant to Local Rule 201, and the Federal Rule of Civil Procedure 38, Defendant Ford Motor Company hereby demands trial by jury in this action.

DATED: May 17, 2018                     KING & SPALDING LLP


                                        By: /s/ Peter A. Strotz
                                            Alexander G. Calfo
                                            Peter A. Strotz
                                            Ryan S. Lee

                                        Attorneys for Defendant
                                        FORD MOTOR COMPANY